IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADERS DISTRICT COUNCIL 711 HEALTH & WELFARE and VACATION FUNDS, and FINISHING TRADES INSTITUTE and VINCENT M. LANE, as Trustee and Fiduciary for DISTRICT COUNCIL 711 HEALTH & WELFARE and VACATION FUNDS and FINISHING TRADES INSTITUTE<br>            Plaintiffs,<br><br>   v.<br><br>ANDREWS WINDOW SERVICES LLC,<br><br>            Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-3583 (JBS/AMD)<br><br>**ORDER** |

This matter comes before the Court by way of Plaintiff's motion for default judgment [Docket Item 6]; and the Court having considered the submissions; and for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __7th__ day of __June__, **2016,** hereby

ORDERED that Plaintiff's motion for default judgment be, and hereby is **GRANTED**; and it is further

ORDERED that default judgment shall be entered in favor of Plaintiff and against Defendant in the amount of **$10,724.44** together with interest consistent with law; and it is further

ORDERED that Plaintiffs shall submit for the Court's approval, within fourteen (14) days of the date of entry of this

Order, an Affidavit containing the calculation of interest accrued from November 16, 2015 to the date of the entry of Judgment, as well as any reasonable attorneys' fees and costs incurred since November 16, 2015, together with a proposed Amended Default Judgment Order, to be entered by the Court.

                                       **s/ Jerome B. Simandle**
                                       JEROME B. SIMANDLE
                                       Chief U.S. District Judge